Fill in this information to identify the case:
Debtor name: The Texas Wellness Center, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam Foster & Jones  999 18th Street  Suite 3000  Denver, CO 80202 | | Attorney Fees | | | | $8,995.00 |
| BTX Global Logistics  PO Box 853  Shelton, CT 06484 | | Business Debt | | | | $8,669.26 |
| Budget Box  3304 Halifax Street  PO Box 560086  Dallas, TX 75356-0086 | | Business Debt | | | | $12,566.27 |
| BVP 3939 Belt Line, LLC  8222 Douglas Avenue  Suite 900  Dallas, TX 75225 | | Lease Agreement | | | | $874,454.41 |
| Cardmember Services  ENT Credit Union  PO Box 790408  Saint Louis, MO 63179-0408 | | Credit Card Expenses for Business Purposes | | | | $19,214.82 |
| CBD Life  Boulevard Periferico Sur #3395  Piso 3, Colonia Rincon del Pedregal 14120, Tlalpan, Ciudad de Mexico | | Business Debt | | | | $300,000.00 |
| Chris Fagan  3301 Indian Trail  Worcester, MA | | Note | | | | $15,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  The Texas Wellness Center, LLC  
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Compton Dando<br>12445 E. 39th Avenue<br>Suite 202<br>Denver, CO 80239 | | Lease Agreement | | | | $11,890.00 |
| Intrado Digital Media, LLC<br>11808 Miracle Hills Drive<br>Omaha, NE 68154 | | Business Debt | | | | $10,766.00 |
| MCP Wellness II LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Convertible Note | | | | $5,542,740.00 |
| Merida Capital Partners II & III LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Promissory Notes | | | | $732,758.00 |
| Mold Rite Plastics, LLC<br>PO Box 160<br>1 Plant Street<br>Plattsburgh, NY 12901-0160 | | Business Debt | | | | $24,662.12 |
| National Sales Group<br>223 North Main Street<br>Henderson, KY 42420 | | Business Debt | | | | $14,625.00 |
| Priority Software U.S.<br>300 Roundhill Drive<br>Rockaway, NJ 07866 | | Business Debt | | | | $70,208.68 |
| Progressive Packaging<br>1050 Venture Court<br>Suite 120<br>Carrollton, TX 75006 | | Business Debt | | | | $57,404.37 |
| State of Oregon Employment Department<br>875 Union Street NE<br>Salem, OR 97311 | | Unemployment Insurance | | | | $43,800.00 |
| Streamline Manufacturing LLC<br>675 North 2800 West<br>Suite 103<br>Lindon, UT 84042 | | Business Debt | | | | $10,000.00 |

Debtor  The Texas Wellness Center, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Texas Star Alliance John R. Pitts, Jr., LLC 1122 Colorado, Suite 102 Austin, TX 78701 | | Business Debt | | | | $130,144.00 |
| Visipak - Sinclair & Rush Co. 640 Dell Road Carlstadt, NJ 07072 | | Business Debt | | | | $9,952.12 |
| YEA Networks LLC PO Box 53066 Lafayette, LA 70505 | | Business Debt | | | | $9,112.00 |